## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

GARY H. FAHLBUSH,            Case No: 1:13-CV-058

    Plaintiff,                  Judge Timothy S. Black

vs.

JOHNSON CONTROLS, INC.,

    Defendant.

### CONDITIONAL ORDER OF DISMISSAL

The Court having been notified that this case settled before the Magistrate Judge Karen L. Litkovitz on June 24, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 7/25/13

*Timothy S. Black*
Timothy S. Black
United States District Judge